# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**CENTRAL LABORERS' PENSION**
**WELFARE AND ANNUITY FUNDS,**

        **Plaintiffs,**

   **-vs-**　　　　　　　　　　　　　　　　**CIVIL ACTION NO. 04-475 DRH**

 **TILCON DEVELOPMENT, INC.,**

        **Defendant.**

## PARTIAL DEFAULT JUDGMENT IN A CIVIL CASE

**DECISION BY THE COURT:** This action came to hearing before the Court on the Plaintiffs' motion for default judgment.

**IT IS ORDERED AND ADJUDGED** that the plaintiffs' motion is **GRANTED**. Partial judgment is entered in favor of Plaintiff **CENTRAL LABORERS' PENSION, WELFARE AND ANNUITY FUNDS** and against Defendant **TILCON DEVELOPMENT, INC.** in the sum of $5,008.18.-------------------------------------------------------------------------------------------------------

                                         **NORBERT G. JAWORSKI, CLERK**

June__13th__, 2005　　　　　　　　　　BY:__s/ Patricia Brown_____
                                                                     Deputy Clerk

APPROVED:/s/      David RHerndon　　　EOD:__6/13/2005_____
            **U.S. DISTRICT JUDGE**